AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA

CORA UPSHAW

V.

R. JAMES NICHOLSON, SECRETARY OF VETERANS AFFAIRS, DEPARTMENT OF VETERANS AFFAIRS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv612-WHA

TO: (Name and address of Defendant)

Leura Canary, US Atty
P O Box 197
Monty AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
FULLER, TAYLOR & HOLTON P.C.
5748 CARMICHAEL PARKWAY, SUITE D
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                             July 3, 2007
CLERK                                                        DATE

(By) DEPUTY CLERK

≋AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of **suitable age and** discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                        Date                         *Signature of Server*

                                                      *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 2570 0002 3064 7459

| Postage | $ | 2:07cv612-WKW |
| Certified Fee | | 7-3-07 Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | Doc #1 |
| Total Postage & Fees | $ | |

Sent To  Leura Canary USAtty
Street, Apt. No.; or PO Box No.  PO Box 197
City, State, ZIP+4  Monty AL 36101

PS Form 3800, June 2002       See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA

CORA UPSHAW

V.

R. JAMES NICHOLSON, SECRETARY OF VETERANS AFFAIRS, DEPARTMENT OF VETERANS AFFAIRS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv612-WHA

TO: (Name and address of Defendant)

R. JAMES NICHOLSON, SECRETAR OF VETERANS AFFAIRS
DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF GENERAL COUNSEL (024)
810 Vermont, Ave., N.W., WAHSINGTON, D.C. 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
FULLER, TAYLOR & HOLTON P.C.
5748 CARMICHAEL PARKWAY, SUITE D
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE July 3, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　*Date*　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 2570 0002 3042 1435

| Postage | $ | 58 | 2:07cv612-WHA |
| Certified Fee | | 2.65 | 7/3/07 |
| Return Receipt Fee (Endorsement Required) | | 2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Doc. #1 |
| Total Postage & Fees | $ | 5.38 | |

Sent To R. James Nicholson, Secretary of Veterans Affairs
Street, Apt. No.; or PO Box No. Department of Veterans Affairs
City, State, ZIP+4 Washington, DC

PS Form 3800, June 2002　　　　See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA

CORA UPSHAW

V.

R. JAMES NICHOLSON, SECRETARY OF VETERANS AFFAIRS, DEPARTMENT OF VETERANS AFFAIRS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV612-WHA

TO: (Name and address of Defendant)

Alberto Gonzalez, US Atty General
111 Main Justice Bldg.
10th & Constitution Ave NW
Washington DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
FULLER, TAYLOR & HOLTON P.C.
5748 CARMICHAEL PARKWAY, SUITE D
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within ~~X~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    July 3, 2007

CLERK    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                         Signature of Server

                        _____
                              Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 2570 0002 3062 1480

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

2:07cv612 WH4
7-3-07
Postmark Here

DOC #1

Sent To: Alberto Gonzalez USAttyGen2
Street, Apt. No.; or PO Box No.: 111 Main Justice Bldg 10th & Const Ave NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002     See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.