| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Betty Shock_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Brittney Shockley<br>C. Date of Delivery: 7-5-07 |
| 1. Article Addressed to:<br><br>Leura Canary<br>USAHY<br>PO Box 197<br>Monty AL 36101<br>2:07cv612-WHA (Compl sms 60 days) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0002 3062 1459 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540