Upshaw

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R. James Nicholson,
Secretary of Veterans Affairs
Department of Veteran's Affairs
810 Vermont Ave. NW  20420
Washington, DC

2:07cv612-WHA (Cmplsmo 60 dys)

2. Article Number (Transfer from service label)

7005 2570 0002 3062 1435

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  James Wilson    ☐ Agent  ☐ Addressee
   RECEIVED

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

DEPT OF VETERANS AFFAIRS
OFFICE OF THE SECRETARY

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540