# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CORA UPSHAW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO.:2:07-CV-612-WHA** |
| | ) |
| **R. JAMES NICHOLSON,** | ) |
| **Secretary of Veterans Affairs,** | ) |
| **Department of Veterans Affairs,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, R. Randolph Neeley, and enters his appearance as an attorney of record for Defendants, R. James Nicholson and Department of Veterans Affairs, in the above-styled case.

Respectfully submitted this 29th day of August, 2007.

                LEURA G. CANARY
                United States Attorney

           By: s/R. Randolph Neeley
              R. RANDOLPH NEELEY
              Assistant United States Attorney
              Bar Number: 9083-E56R
              Post Office Box 197
              Montgomery, AL  36101-0197
              Telephone No.: (334) 223-7280
              Facsimile No.: (334) 223-7418
              **E-mail: rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's Attorney, Michael Guy Holton, Esquire.

                                /s/R. Randolph Neeley
                                Assistant United States Attorney