**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE (334) 954-3600

October 4, 2007

# NOTICE OF REASSIGNMENT

Re:　　Cora Upshaw v. R. James Nicholson
　　　　Civil Action No. #2:07-cv-00612-WHA

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:07-cv-00612-WKW. This new case number should be used on all future correspondence and pleadings in this action.