## IN THE UNITES STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CORA UPSHAW** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Civil Case No.:2:07-cv-00612** |
| | ) | |
| **R. JAMES NICHOLSON, SECRETARY** | ) | |
| **OF VETERANS AFFAIRS.** | ) | |
| **Defendant.** | ) | |

### NOTICE OF CHANGE OF E-MAIL ADDRESS

**COMES NOW**, Michael Guy Holton, co-counsel for Plaintiffs, and makes this his

Notice of Change of E-Mail address in the above styled cause of action and states as follows;

1.      The new email address for the undersigned counsel of record is
        gholtonattorney@bellsouth.net .

**RESPECTFULLY SUBMITTED** this the 27th day of October, 2007.

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing on the below listed counsel of record whom are all listed as served via CM/ECF  by filing same on the CM/ECF E-file system on this the 27th day of October, 2007.

R. Randolph Neeley, Esq.
James Joseph DuBois

Annie Williams

Dee Dee Calhoon
Antrena.Gardner

 Deloris Aldridge

Marsha Tunnell

                                        /s Michael Guy Holton
         `                              Counsel for Plaintiff