**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 30, 2008

# NOTICE OF DOCKETING ERROR

**To:** ALL COUNSEL OF RECORD

**Case Style:** Cora Upshaw **v.** Gordon H. Mansfield

**Case Number:** 2:07-cv-612-WKW

**Docket Entry Number:** 17 - Amended Complaint

**The above referenced pleading was filed on 6/29/2008 without leave of the court. This Amended Complaint is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**

The attorney is instructed that he should follow Local Rule 15.1 when filing a Motion to Amend. Also counsel is advised that said Motion, with the proposed document attached, should be filed in Lead Case 2:07cv611-WKW rather than this member case.